UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVA GORDON,

Plaintiff,

-against-

ORDER OF THE RAINBOW, et al,

Defendants.

26-CV-5488 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. By order dated July 24, 2026 and entered on August 20, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP); dismissed the complaint as frivolous under 28 U.S.C. §1915(e)(2)(B)(i); and directed Plaintiff to show cause why the Court should not bar her from proceeding IFP without first obtaining permission to file a civil action. (ECF 8.)

Plaintiff has submitted two certificates of service, the first received July 23, 2026, and the second on August 12, 2026, indicating that Plaintiff mailed Defendants the complaint despite no summonses being issued. (ECF 4 and 5.) On August 19, 2026, after the Court signed the July 24, 2026 order of dismissal and order to show cause but before the order was entered on the docket, Defendant Order of the Eastern Star filed a motion to dismiss on several grounds, including lack of service and frivolousness. (ECF 6 and 7.)

Because the complaint has already been dismissed, the Court denies Defendant Order of the Eastern Star's motion as moot.

## CONCLUSION

The Court denies Defendant Order of the Eastern State's motion to dismiss as moot. The Court directs the Clerk of Court to terminate Defendant Order of the Eastern Star's motion to dismiss. (ECF 6.)

Because the Court's July 24, 2026 order was not entered on the docket until August 20, 2026, the Court extends Plaintiff's time to respond to the order to show cause dated July 24, 2026. Plaintiff shall have thirty days from the date of this order to show why Plaintiff should not be barred from filing any future action *in forma pauperis* in this court without prior permission. A declaration form is attached to this order.

The Court directs the Clerk of Court to hold this matter open on the docket until a judgment is entered.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Louis L. Stanton

LOUIS L. STANTON
United States District Judge